**Beth Lang, Chapter 7 Trustee**
**1955 W. Grant Rd. #125**
**Tucson, AZ 85745**
**(520) 884-1880**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA - TUCSON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LINARD, MARSHALL R | ) | Case No. 08-13198-SV JMM |
| Debtor(s) | ) | |
| | ) | ORDER APPROVING APPLICATION |
| | ) | OF TRUSTEE TO EMPLOY REAL |
| | ) | ESTATE BROKER |

The trustee's employment of Steven Pearson, Broker, and agent Kathleen M. Stanina, REALTOR-Associate, both of ERA Pearson Realty, to serve as real estate broker is approved.

The trustee's broker will receive, upon consummation of a sale, a commission in an amount equal to eight percent (8%) of the purchase price.

**DATED AND SIGNED ABOVE.**